## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16 po 04

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | |
| | ) | **ORDER** |
| **1) CLAY DOUGLAS BRYSON,** | ) | |
| **2) JAMES HARRISON JENKINS,** | ) | |
| **3) TERRY RONALD JENKINS,** | ) | |
| **4) DAVID ERIC WILLIAMS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

     **THIS MATTER** came before the undersigned at the September 22, 2016 CVB session of Court in the Cherokee Tribal Courthouse in Cherokee, North Carolina for the purpose of initial appearance and arraignment hearings. At the close of the initial appearance hearings and the arraignment hearings, the undersigned presented the issue of scheduling the trial and other proceedings in this matter. At that time, the Court was advised by AUSA David Thorneloe and all counsel for Defendants, that an agreement had been reached between the parties regarding the scheduling of various proceedings. The agreement provided for the following schedule: 1) the filing of any pretrial motions on behalf of any Defendant shall be filed on or before October 18, 2016, and; 2) the response of the Government to any pretrial motion filed by any Defendant shall be filed by November 2, 2016. Should there be any necessity for oral hearing of any motions,

they shall be held on December 5, 2016 in the United States Courthouse in Asheville, North Carolina and the trial of these matters shall be scheduled for December 15, 2016.

It appears to the Court that such scheduling is fit and appropriate and the agreement of the parties as to scheduling shall be adopted by the Court.

## ORDER

**IT IS, THEREFORE**, **ORDERED** as follows:

1)      Any pretrial motions filed be filed on or before **October 18, 2016**;

2)      Any response by the Government to any pretrial motions by any Defendant shall be filed on or before **November 2, 2016**;

3)      Should any oral hearings found by the Court to be necessary in regard to any motions filed by any Defendant, such hearing shall be held on **December 5, 2016** in Asheville, North Carolina; and

4)      The trial of these matters shall be held jointly on **December 15, 2016** in the United States Courthouse in Asheville, North Carolina.

Signed: September 26, 2016

Dennis L. Howell
United States Magistrate Judge