# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 po 04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| 1) CLAY DOUGLAS BRYSON, ) | |
| 2) JAMES HARRISON JENKINS, ) | |
| 3) TERRY RONALD JENKINS, ) | |
| 4) DAVID ERIC WILLIAMS, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned on December 5, 2016 for the purpose of hearing a Motion to Dismiss filed by Defendants James Harrison Jenkins (#14) and Terry Ronald Jenkins (#13). At that time, the Defendants, James Harrison Jenkins and Terry Ronald Jenkins requested additional time to file a reply to the Government's Response in Opposition to Defendants' Motions to Dismiss (#20). The Government, through AUSA Richard Edwards, advised the undersigned the Government had no objection to this request. The granting of this request will necessitate an amendment to the scheduling Order (#12) previously entered by this Court.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Defendants James Harrison Jenkins and Terry Ronald Jenkins will be **ALLOWED** to file a reply to the response

1

of the Government, such reply is to be filed on or before **December 19, 2016.**

A hearing of the Motion to Dismiss of James Harrison Jenkins and Terry Ronald Jenkins shall be held on **January 11, 2017** in courtroom #2 of the United States Courthouse in Asheville, NC at 9:30 a.m.

It is further **ORDERED** that should a trial be required in this matter, the trial of these matters shall be held jointly on **January 23, 2017** in the United States Courthouse in Asheville, North Carolina beginning at 9:30 am.

Signed: December 16, 2016

*[signature]*

Dennis L. Howell
United States Magistrate Judge